IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TANEISHA THAXTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:23CV979 |
| MARTIN O'MALLEY[1], ) | |
| Commissioner Acting of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Consistent with the Court's separate Order entered contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner be **REVERSED**, and that this action be **REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This the 22nd day of April 2024.

/s/ Loretta C. Biggs
United States District Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).